AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ = 0 5 - _ 6 0 1 _____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF _____|_____ COPIES OF AO FORM 85.

_____8/16/05_____         _____Gerald J. Vintigni_____
(Date forms issued)          (Signature of Party or their Representative)

_____Gerald J. Vintigni_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action