## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| k TECHNOLOGY CORPORATION, | ) |
| | ) |
|    *Plaintiff,* | ) |
| | ) |
|    v. | )   Civil Action No.  05-601-JJF |
| | ) |
| METAL MATRIX CAST COMPOSITES, LLC, | ) |
| | ) |
|    *Defendant.* | ) |
| | ) |

### NOTICE OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(i), the Plaintiff, k Technology Corporation, hereby voluntarily dismisses without prejudice all claims against Defendant, Metal Matrix Cast Composites, LLC.  No answer has been filed by this defendant.

Dated: January 18, 2006

/s/  David P. Primack
David P. Primack (DE 4449)
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE  19801
Telephone: (302) 467-4200
Facsimile:  (302) 467-7201

Counsel for k Technology Corporation

WM\5317\1