IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| k TECHNOLOGY CORPORATION, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) )  Civil Action No. 05-601-JJF |
| METAL MATRIX CAST COMPOSITES, LLC, | ) ) ) |
| *Defendant.* | ) ) ) |

### NOTICE OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(i), the Plaintiff, k Technology Corporation, hereby voluntarily dismisses without prejudice all claims against Defendant, Metal Matrix Cast Composites, LLC. No answer has been filed by this defendant.

Dated: January 18, 2006

/s/ David P. Primack
David P. Primack (DE 4449)
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-7201

Counsel for k Technology Corporation

WM\53171\1